**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| Daniel Hodgson, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER ADOPTING STIPULATION OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:23-cv-164 |
| Ur Jaddou, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties filed a joint stipulation of dismissal. Doc. 14. The Court **ADOPTS** the stipulation (Doc. 14) in its entirety and **ORDERS** the entire action dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 25th day of January, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court